UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **14-21314-CIV-MORENO**

BRETT A. COLLIER,

    Plaintiff,

vs.

D.H. PEOPLE, LLC, a Florida limited liability corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) **(D.E. No. 7)**, filed on **May 15, 2014**. Plaintiff's Complaint, in which he brings claims pursuant to the Fair Labor Standards Act of 1938, alleges that the Defendant committed violations of the Act between the dates of **July 4, 2014 and December 12, 2014**. These dates are in the future and have yet to have occurred.

Because the Plaintiff's factual allegations of the Complaint have not occurred and thereof the Complaint does not state a cause of action, this Court hereby

**GRANTS** Defendant's Motion to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of May, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record